UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES NACHE, ) | |
| ) | |
| Plaintiff, ) | Case: 4:23-cv-04063-SLD-JEH |
| ) | |
| v. ) | Chief Judge Sara L. Darrow |
| ) | Magistrate Judge Jonathan E. Hawley |
| BNSF RAILWAY COMPANY, ) | |
| ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT BNSF RAILWAY COMPANY'S MOTION FOR LEAVE TO FILE ITS REPLY IN SUPPORT OF ITS 12(b)(6) MOTION TO DISMISS COUNTS I, II, III & IV OF PLAINTIFF'S FIRST AMENDED COMPLAINT

NOW COMES Defendant BNSF Railway Company ("BNSF"), by and through its attorneys, LaPointe Law, P.C., and, pursuant to L.R. 7.1 (B)(3), hereby moves this Honorable Court for leave to file its Reply in Support of Its 12(b)(6) Motion to Dismiss Counts I, II, III and IV of Plaintiff's First Amended Complaint. In support of its Motion, BNSF states the following:

1. On April 25, 2023, Nache filed his five count Complaint, in which he alleged violations of the Americans with Disabilities Act and the Family Medical Leave Act against his former employer, Defendant BNSF Railway.

2. On June 26, 2023, BNSF filed a 12(b)(6) Motion to Dismiss Counts I, II, III and IV of Plaintiff's Complaint and its Memorandum in Support of its Motion (Dkt. #s 9 and 10), as well as its Answer & Affirmative Defenses to Count V of Plaintiff's FAC (Dkt. #11).

3. Rather than file an opposition to BNSF's motion, Plaintiff sought to amend his Complaint.

4. On July 5, 2023, Plaintiff's counsel requested BNSF's agreement to Plaintiff's motion for leave to file an amended complaint. BNSF agreed that it would not oppose Plaintiff's motion.

5. On July 10, 2023, Plaintiff filed his unopposed motion for leave to file an amended complaint. (Dkt. #12)

6. On July 11, 2023, the Court granted Plaintiff's motion and Plaintiff filed his Amended Complaint. (Dkt. # 13)

7. Because Plaintiff made minimal revisions to his initial Complaint, on July 21, 2023, BNSF again filed a 12(b)(6) Motion to Dismiss Counts I, II, III, and IV of Plaintiff's First Amended Complaint, as well as its corresponding Memorandum (Dkt. #s 14 and 15).

8. On August 4, 2023, Plaintiff filed his Response and Memorandum of Law in Opposition to BNSF's Motion. (Dkt. # 17)

9. Therein, Plaintiff makes three points which, in BNSF's view, warrant a very brief reply. BNSF anticipates that its Reply, in the interest of completeness, will prove helpful to the Court in its disposition of BNSF's 12(b)(6) motion. *See Magnuson v. Exelon Corp.*, Case No. 4:21-cv-04142-SLD-JEH, 2023 U.S. Dist. LEXIS 36319, at *10-11 (C.D. Ill. Feb. 28, 2023) (granting employers' motions for leave to file replies addressing arguments raised by former employee in response to employers' 12(b)(6) motions) and *Zhan v. Hogan*, Case No. 4:18-cv-04126-SLD-JEH, 2018 U.S. Dist. LEXIS 230636, at *6 (C.D. Ill. Dec. 18, 2018) (granting defendants' motion for leave to file reply in support of 12(b)(6) motion "in the interest of completeness").

10. BNSF has attached its proposed Reply in Support of Its 12(b)(6) Motion to Dismiss Counts I, II, III, and IV of Plaintiff's First Amended Complaint hereto as Exhibit A.

WHEREFORE, Defendant BNSF respectfully requests that the Court grant it leave to file the Reply Brief attached hereto as Exhibit A.

Dated: September 8, 2023

Respectfully submitted,
**BNSF RAILWAY COMPANY**

By: ___s/Susan M. Troester_____
One of Its Attorneys

Martin K. LaPointe (ARDC #6195827)
Susan M. Troester (ARDC #6238264)
LAPOINTE LAW, P.C.
1200 Shermer Road, Suite 425
Northbrook, Illinois 60062
Telephone: 847-786-2500
Facsimile: 847-786-2650
mlapointe@lapointelaw.com
stroester@lapointelaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 8, 2023, I caused a copy of the foregoing **DEFENDANT BNSF RAILWAY COMPANY'S MOTION FOR LEAVE TO FILE ITS REPLY IN SUPPORT OF ITS 12(b)(6) MOTION TO DISMISS COUNTS I, II, III & IV OF PLAINTIFF'S FIRST AMENDED COMPLAINT** to be filed electronically with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record via email.

                                                    By:  /s/Susan M. Troester